PER CURIAM.
 

 This proceeding is hereby converted to an appeal of a final order pursuant to
 
 Green v. Moore, 111
 
 So.2d 425 (Fla. 1st DCA 2000). Here the trial court denied Jones’ petition
 
 for
 
 habeas corpus without requiring a response. The trial court characterized the petition as “facially insufficient” because it did not allege exhaustion of administrative remedies. We have recently held such to be error in the context of a petition for habeas corpus where the affirmative defense of exhaus
 
 *273
 
 tion has not been raised by a response to the petition.
 
 See Santana v. Henry,
 
 12 So.3d 843 (Fla. 1st DCA 2009). Accordingly, we REVERSE the trial court’s order dismissing the petition for writ of ha-beas corpus and REMAND for further proceedings consistent -with this court’s opinion in
 
 Santana.
 

 KAHN, BENTON, and VAN NORTWICK, JJ., concur.